## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Colin A. Bollers                                  CHAPTER 13

                         Debtor(s)

                                                         BKY. NO. 22-10857 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index
same on the master mailing list.

                                                Respectfully submitted,

                                        /s/Rebecca Solarz

                                         Rebecca Solarz
                                         25 Apr 2022, 10:43:55, EDT

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322