Certificate Number: 17572-PAE-DE-036511574

Bankruptcy Case Number: 22-10857



17572-PAE-DE-036511574

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2022, at 9:50 o'clock AM PDT, Colin A Bollers completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 29, 2022              By:    /s/Shelene Manzi

                                    Name:  Shelene Manzi

                                    Title: Counselor