# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                           Chapter 13

       COLIN A. BOLLERS                          Bankruptcy No. 22-10857-MDC

       120 W Sharpnack Street

       Philadelphia, PA 19119

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    COLIN A. BOLLERS

    120 W Sharpnack Street

    Philadelphia, PA 19119

**Counsel for debtor(s), by electronic notice only.**
    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/25/2022                                                                            /s/ Kenneth E. West

                                                                                        _____
                                                                                        Kenneth E. West, Esquire
                                                                                        Chapter 13 Standing Trustee