# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10857-MDC

COLIN A. BOLLERS

120 W SHARPNACK STREET

PHILADELPHIA, PA 19119

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    COLIN A. BOLLERS

    120 W SHARPNACK STREET

    PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

Date: 8/17/2022

    /S/ Kenneth E. West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee