United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10857-mdc
Colin A. Bollers  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 15, 2022 | Form ID: pdf900 | Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colin A. Bollers, 120 W. Sharpnack Street, Philadelphia, PA 19119-4033 |
| 14681325 | + | CARRIE A. GERDING, ESQUIRE, 140 CORPORATE BOULEVARD, NORFOLK, VA 23502-4952 |
| 14681328 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14686202 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681338 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14681340 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14681341 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14681342 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14681344 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14683125 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14681348 | + | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 15 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14681324 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2022 23:54:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14681326 | + | Email/Text: amanda@cascollects.com | Sep 15 2022 23:55:00 | CCS, Attn: Bankruptcy, PO Box 150, West Berlin, NJ 08091-0150 |
| 14681330 | | Email/Text: megan.harper@phila.gov | Sep 15 2022 23:54:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14698575 | | Email/Text: megan.harper@phila.gov | Sep 15 2022 23:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14681329 | | Email/Text: megan.harper@phila.gov | Sep 15 2022 23:54:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14681331 | + | Email/Text: bankruptcy@philapark.org | Sep 15 2022 23:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14681332 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2022 23:58:47 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14681333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 23:58:50 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14681334 | ^ | MEBN | Sep 15 2022 23:50:31 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14681335 | ^ | MEBN | Sep 15 2022 23:50:37 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14681336 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 23:54:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14681327 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 23:58:49 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14689176 | ^ | MEBN | Sep 15 2022 23:50:40 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14681337 | | Email/Text: camanagement@mtb.com | Sep 15 2022 23:54:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14681345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2022 23:58:53 | Portfolio Recovery, 120 Corporate Blvd. Suite 1, Norfolk VA 23502-4962 |
| 14697904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2022 23:58:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14681339 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 15 2022 23:54:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14681343 | + | Email/Text: bankruptcy@philapark.org | Sep 15 2022 23:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14681346 | | Email/Text: DASPUBREC@transunion.com | Sep 15 2022 23:54:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14681347 | + | Email/Text: EBankruptcy@UCFS.NET | Sep 15 2022 23:55:00 | United Consumer Financial Services, Attn: Bankruptcy, PO Box 856290, Louisville, KY 40285-6290 |
| 14695408 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2022 23:58:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 15, 2022 | Form ID: pdf900 | Total Noticed: 34 |

**below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Colin A. Bollers mail@cibiklaw.com |
| MICHAEL I. ASSAD | on behalf of Debtor Colin A. Bollers mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :        Chapter 13

   COLIN A. BOLLERS,

         Debtor(s)                                :        Bky. No.  22-10857-MDC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, on this ___15th___ day of ___September___ 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**