**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
Colin A. Bollers

        DEBTOR                    :        BKY. NO.  22-10857MDC13

**CERTIFICATION OF NO RESPONSE**

    I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                          Respectfully Submitted,

Date:  October 18, 2022              /s/ Michael A. Cibik
                                   MICHAEL A. CIBIK, ESQUIRE
                                   CIBIK LAW, P.C.
                                   1500 WALNUT  STREET, STE. 900
                                   PHILADELPHIA, PA  19102
                                   (215) 735-1060