**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: COLIN BOLLERS,

                                     Debtor(s).

Case No. 22-10857MDC13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

        **AND NOW**, this ____25th____ day of _____October_____ 2022, upon consideration of the

Application for Compensation, it is

        **ORDERED** that compensation of **$4,725.00** is allowed and the balance due to counsel in the

amount of **$3,225.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT:

_____
MADGELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE