matters as well as ask for more advocacy help from agencies as well as family members in document review, etc.

My home is very important to me and I am intent on doing everything within my ability to preserve it and am happy to make whatever adjustments and sacrifices necessary to maintain it. This house was purchased, along with my two older children, who have since abandoned residency as well as all responsibility for the property financial and otherwise. My son Johan C. Bollers has recently provided me with a document rescinding ownership and any legal claim to the house, as he has said that he regrets his actions towards me. My daughter, Shamane Cave appears to be reluctant to do the honorable thing even after they both notified M&T the mortgagor that wanted their names off the house several years ago. I love and want to preserve my home as it represents a major accomplishment for me and a testament to my hard work after immigrating to the United States, from Guyana in South America, where life was often very difficult financially, in 2006, being sponsored by my sister, and given the opportunity to bring seven of my eight children (age limits) and my wife, now ex-spouse on my visa. I encouraged them all to pursue higher education here in the United States and they did but this created a rift and they perceived themselves on a higher level and grew arrogant towards me. My sister who sponsored us all and housed us initially as we got settled as well as encouraged us to pursue and purchase the house we admired disapproved of their disposition towards me and towards Americans and so they have not communicated with her also for several years.

Since the home was purchased by three people and I am the only purchaser who is maintaining the home and the only one who has been residing in it for the past several years and is assuming the mortgage responsibility I would like to be able to seek a modification by using only my income as my two adult children show no interest in paying for, living in or maintaining the house in any way and I will further implore my daughter Shamane Cave to do the right thing since she has no interest in taking any responsibility for the house and as I hold a strong affection for what my home represents and want to maintain it.

I am asking the court to grant me a reinstatement of my most recent arrangements and if I have failed in any respect as to the matter to please allow me to resolve these situations and continue to maintain my home as I have made consistent showing that this is indeed my desire and my pursuit.

I am stating as to the best of my understanding of the situation, please let me know if I am of any misunderstanding. Thank you very much for your time and consideration.

Sincerely,

*Colin A. Bollers*

Colin A. Bollers

FILED
DEC 12 2022
TIMOTHY McGRATH, CLERK

Fill in this information to identify the case:

Debtor 1    Colin A. Bollers
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    22-10857 MDC

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

Lakeview Loan Servicing, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**M&T Bank**
Name

**P.O. Box 840**
Number    Street

**Buffalo, NY 14240-0840**
City    State    Zip Code

Contact phone

Contact Email

Where should payments to the creditor be sent? (if different)

**M&T Bank**
Name

**ATTN: Payment Processing, P.O. Box 1288**
Number    Street

**Buffalo, NY 14240-1288**
City    State    Zip Code

Contact phone

Contact Email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**

[X] No
[ ] Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim

**UNITED STATES POSTAL SERVICE**

MOUNT AIRY POSTAL STORE
6711 GERMANTOWN AVE
PHILADELPHIA, PA 19119-9997
(800)275-8777

09/02/2022                          01:14 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 1-Day Flat Rate Env | 1 | | $26.95 |

  Memphis, TN 38101
  Flat Rate
  Signature Waiver
  Scheduled Delivery Date
    Tue 09/06/2022 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI501205622US
  Insurance                         $0.00
    Up to $100.00 included
Total                              $26.95

Grand Total:                       $26.95

Cash                               $26.95

*************************************
  Every household in the U.S. is now
  eligible to receive a third set
      of 8 free test kits.
      Go to www.covidtests.gov
*************************************

Save this receipt as evidence of
insurance. For information on filing an
       insurance claim go to
  https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
           1-800-222-1811.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
      https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



        or call 1-800-410-7420.

UFN: 416558-0140

---

**UNITED STATES POSTAL SERVICE**

CHESTNUT HILL
8225 GERMANTOWN AVE
PHILADELPHIA, PA 19118-9997
(800)275-8777

10/19/2022                          01:51 P

| Product | Qty | Unit Price | Pric |
|---|---|---|---|
| Priority Mail Window FR Env | 1 | | $9.9 |

  Buffalo, NY 14240
  Flat Rate
  Expected Delivery Date
    Sat 10/22/2022
  Tracking #:
    9510 8152 1402 2292 5809 05
  Insurance                         $0.00
    Up to $100.00 included
  Signature                         $3.65
  Confirm
  Affixed Postage                  -$0.60
    Affixed Amount: $0.60
Total                              $12.95

Grand Total:                       $12.95

Debit Card Remit                   $12.95
  Card Name: VISA
  Account #: XXXXXXXXXXXX3212
  Approval #: 025059
  Transaction #: 724
  Receipt #: 027555
  Debit Card Purchase: $12.95
  AID: A0000000980840              Chip
  AL: US DEBIT
  PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
           1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
       insurance claim go to
  https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

         Preview your Mail
         Track your Packages
         Sign up for FREE @
      https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

Case 22-10857-mdc    Doc 49    Filed 12/12/22    Entered 12/12/22 15:22:57    Desc Main
Document    Page 4 of 8



```
          UNITED STATES
          POSTAL SERVICE.

        MOUNT AIRY POSTAL STORE
          6711 GERMANTOWN AVE
          PHILADELPHIA, PA 19119-9997
                (800)275-8777
11/10/2022                      03:02 PM
----------------------------------------
Product            Qty   Unit     Price
                         Price
----------------------------------------
Priority Mail®      1              $9.40
    Buffalo, NY 14240
    Weight: 0 lb 0.20 oz
    Expected Delivery Date
        Mon 11/14/2022
    Certified Mail®                $4.00
        Tracking #:
        70220410000047164110
Total                             $13.40

Grand Total:                      $13.40

Cash                              $15.00
Change                            -$1.60

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
     insurance claim go to
https://www.usps.com/help/claims.htm
     or call 1-800-222-1811

          Preview your Mail
          Track your Packages
          Sign up for FREE @
      https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.

UFN: 416558-0140
Receipt #: 840-51900110-1-4982104-2
Clerk: 16
```



```
          UNITED STATES
          POSTAL SERVICE.
              CONTINENTAL
          615 CHESTNUT ST LBBY
          PHILADELPHIA, PA 19106-9997
                (800)275-8777
09/29/2022                      11:53 AM
----------------------------------------
Product            Qty   Unit     Price
                         Price
----------------------------------------
PM Express 1-Day    1             $26.95
Flat Rate Env
    Buffalo, NY 14240
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Fri 09/30/2022 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI099415641US
    Insurance
        Up to $100.00 included
Total

Grand Total:

Cash                              $30.00
Change                            -$3.05

Save this receipt as evidence of
insurance. For information on filing an
     insurance claim go to
https://www.usps.com/help/claims.htm
     or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
      https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.

UFN: 416594-0114
Receipt #: 840-51900099-2-4993628-2
Clerk: 25
```



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Colin A. Bollers<br>Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>Movant<br>vs.<br>Colin A. Bollers<br>Debtor(s) | NO. 22-10857 MDC |
| Kenneth E. West<br>Trustee | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$8,057.00**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | May 2022 through August 2022 at $1,754.75/month |
| Fees & Costs Relating to Motion: | $1,038.00 |
| **Total Post-Petition Arrears** | **$8,057.00** |

2.  The Debtor(s) shall cure said arrearages in the following manner:

    a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$8,057.00**.

    b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$8,057.00** along with the pre-petition arrears;

    c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.  Beginning with the payment due September 1, 2022 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,754.75 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

April 7, 2022

Colin A. Bollers
120 W. Sharpnack Street
Philadelphia PA  19119

RE:     CHAPTER 13 BANKRUPTCY CASE #22-10857MDC13

Dear Colin:

Your Chapter 13 bankruptcy petition was filed with the court on 4/04/2022 and assigned **case number 22-10857MDC13**. As we discussed during your office visit, you are required to make your Chapter 13 bankruptcy payments directly to the court-appointed trustee. **Your first monthly payment in the amount of $2,400 is due on May 4, 2022.**

**You are required to make your payment directly to the trustee. THE PREFERRED METHOD BY THE TRUSTEE IS through the automated and online payment option of TFS BILLPAY. Information to sign up for this convenient option is attached to this letter.**

If you do not have access to a computer, your trustee payments can be sent in directly in the form of a certified check or money order. No personal checks are accepted. Such payments must be sent by regular mail to P.O. Box 1799, Memphis, TN 38101-1799. All certified checks and money orders should be made payable to Kenneth E. West, Trustee, and your name and bankruptcy case number (22-10857MDC13) should be indicated clearly on the payment. If you miss a payment to the trustee, your case can be dismissed, and you will again be subject to litigation from your creditors.

If you have a mortgage, you must continue to keep your monthly mortgage payments current, or else your mortgage company will move to have your case dismissed. Likewise, **you are responsible for making all current payments on incoming bills such as utilities, car loans (unless being paid in the plan), and taxes.** If you are uncertain as to what you should be paying, please call us. It is very important that you follow these instructions. If you foresee any problems with regard to your obligations to the trustee, or if you have any other questions or concerns, please contact our office at once. Thank you.

Sincerely, CIBIK LAW, P.C.

Michael A. Cibik

*Cibik Law is a debt relief agency that helps consumers seek bankruptcy protection under federal law.*

**OFFICIAL CHECK**     61624677-3

**TD Bank**     52-0133 / 112

RE: COLIN A BOLLERS     DATE: 10/18/2022

PAY TO THE ORDER OF   M&T BANK     $1,800.00
One Thousand Eight Hundred AND 00/100

DRAWER: TD BANK, N.A.

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

The Bank will not stop payment on this Official Bank Check and reimburse the purchaser or issue a replacement until the purchaser or payee signs a Declaration of Loss and more than 90 days have passed since the date of issue.

---

**OFFICIAL CHECK**     61601114-2

**TD Bank**     52-0133 / 112

RE: COLIN A BOLLERS     DATE: 09/29/2022

PAY TO THE ORDER OF   M & T Bank     $1,750.00
One Thousand Seven Hundred Fifty AND 00/100

DRAWER: TD BANK, N.A.

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

The Bank will not stop payment on this Official Bank Check and reimburse the purchaser or issue a replacement until the purchaser or payee signs a Declaration of Loss and more than 90 days have passed since the date of issue.

---

**OFFICIAL CHECK**     61624734

**TD Bank**

RE: COLIN A BOLLERS     DATE: 11/10/2022

PAY TO THE ORDER OF   M&T BANK     $1,790.00
One Thousand Seven Hundred Ninety AND 00/100

DRAWER: TD BANK, N.A.

The Bank will not stop payment on this Official Bank Check and reimburse the

**TD Bank**

OFFICIAL CHECK

61624591 7

52-0133
112

RE: COLIN A BOLLERS

DATE: 09/02/2022

PAY TO THE ORDER OF KENNETH E. WEST TRUSTEE.
One Thousand AND 00/100

$1,000.00

DRAWER: TD BANK, N.A.

Security Features Details on Back.

NON NEGOTIABLE
AUTHORIZED SIGNATURE

The Bank will not stop payment on this Official Bank Check and reimburse the purchaser or issue a replacement until the purchaser or payee signs a Declaration of Loss and more than 90 days have passed since the date of issue.

---

**TD Bank**

OFFICIAL CHECK

61586375-5

52-0133
112

RE: COLIN A BOLLERS

DATE: 05/09/2022

PAY TO THE ORDER OF KENNETH E. WEST TRUSTEE.
Two Thousand Four Hundred AND 00/100

$2,400.00

DRAWER: TD BANK, N.A.

NON NEGOTIABLE
AUTHORIZED SIGNATURE

The Bank will not stop payment on this Official Bank Check and reimburse the purchaser or issue a replacement until the purchaser or payee signs a Declaration of Loss and more than 90 days have passed since the date of issue.



