# CibikLaw

**Cibik Law, P.C.**
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

215-735-1060
mail@cibiklaw.com

December 26, 2022

Mr. Colin Bollers
120 W. Sharpnack Street
Philadelphia, PA 19119

Re:   Bankruptcy #22-10857-mdc

Dear Mr. Bollers:

It recently came to our attention that you asked the bankruptcy court to re-open your most recent bankruptcy case, which was dismissed on September 15, 2022, and closed on November 17, 2022.

When we filed this case, we explained that it could only be successful if you pursued a loan modification and found new sources of income or support. Unfortunately, the mortgage company would not modify your loan without the signature of the home's co-owners, and your efforts to find new income did not materialize as you had hoped.

Pursuant to our retainer agreement, our representation of you ended when your case was dismissed. Accordingly, we do not represent you in your effort to re-open this case. We suggest that you contact the Philadelphia Bar Association's Lawyer Referral and Information Service (LRIS) at 215-238-6333 to find an attorney to represent you.

We wish you all the best.

Sincerely,

CIBIK LAW, P.C.

Michael A. Cibik, Esq.
Attorney at Law

CC:   Hon. Magdeline D. Coleman (Via CM/ECF)
      Kenneth E. West (Via CM/ECF)
      U.S. Trustee (Via CM/ECF)