*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Colin A. Bollers
    Debtor(s)

Case No: 22−10857−mdc
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

[51] Motion/Letter asking the Court to grant a reinstatement of debtors most recent arrangements. Filed by Colin A. Bollers (related document(s)[40]). Hearing scheduled 2/2/2023 at 11:00 AM at Courtroom #2. (telephonic hearing the number to call in is 877−336−1828 access code 7855846)

on: 2/2/23

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/4/23

Timothy B. McGrath
Clerk of Court

52 − 51
Form 167