United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10857-mdc
Colin A. Bollers  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 04, 2023      Form ID: 167      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colin A. Bollers, 120 W. Sharpnack Street, Philadelphia, PA 19119-4033 |
| 14681325 | + | CARRIE A. GERDING, ESQUIRE, 140 CORPORATE BOULEVARD, NORFOLK, VA 23502-4952 |
| 14681328 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14686202 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681338 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14681340 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14681341 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14681342 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14681344 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14683125 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14681348 | + | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14681324 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 05 2023 00:10:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14681326 | + | Email/Text: amanda@cascollects.com | Jan 05 2023 00:10:00 | CCS, Attn: Bankruptcy, PO Box 150, West Berlin, NJ 08091-0150 |
| 14698575 | | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14681329 | | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14681330 | | Email/Text: megan.harper@phila.gov | Jan 05 2023 00:10:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14681331 | + | Email/Text: bankruptcy@philapark.org | Jan 05 2023 00:10:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14681332 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2023 00:14:19 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14681333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2023 00:14:22 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14681334 | ^ | MEBN | Jan 05 2023 00:06:23 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14681335 | ^ | MEBN | Jan 05 2023 00:06:26 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14681336 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: 167 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 05 2023 00:10:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14681327 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2023 00:14:16 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14689176 | ^ | MEBN | Jan 05 2023 00:06:34 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14681337 | | Email/Text: camanagement@mtb.com | Jan 05 2023 00:10:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14681345 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2023 00:14:19 | Portfolio Recovery, 120 Corporate Blvd. Suite 1, Norfolk VA 23502-4962 |
| 14697904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2023 00:14:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14681339 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 05 2023 00:10:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14681343 | + | Email/Text: bankruptcy@philapark.org | Jan 05 2023 00:10:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14681346 | | Email/Text: DASPUBREC@transunion.com | Jan 05 2023 00:10:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14681347 | + | Email/Text: EBankruptcy@UCFS.NET | Jan 05 2023 00:10:00 | United Consumer Financial Services, Attn: Bankruptcy, PO Box 856290, Louisville, KY 40285-6290 |
| 14695408 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2023 00:14:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jan 04, 2023 Form ID: 167 Total Noticed: 32

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Colin A. Bollers mail@cibiklaw.com cibiklawpc@jubileebk.net

MICHAEL I. ASSAD
    on behalf of Debtor Colin A. Bollers mail@cibiklaw.com cibiklawpc@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Colin A. Bollers
    Debtor(s)

Case No: 22−10857−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

[51] Motion/Letter asking the Court to grant a reinstatement of debtors most recent arrangements. Filed by Colin A. Bollers (related document(s)[40]). Hearing scheduled 2/2/2023 at 11:00 AM at Courtroom #2. (telephonic hearing the number to call in is 877−336−1828 access code 7855846)

on: 2/2/23

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/4/23

Timothy B. McGrath
Clerk of Court

52 − 51
Form 167