UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                                        :
                                              Bankruptcy No. 22-10857-mdc

Colin A. Bollers:
        Debtor                                          Chapter 13

## ORDER

AND   NOW, this 2nd day of February 2023, after a hearing on Debtor's motion to grant a reinstatement of his case.

ORDERED that the motion is DENIED for reasons stated on the record.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

Cc:   Colin A. Bollers
       120 W. Sharpnack Street
       Philadelphia, PA 19119

       MICHAEL I. ASSAD
       1500 Walnut St
       Ste 900
       Philadelphia, PA 19102

       KENNETH E. WEST
       Office of the Chapter 13 Standing Trustee
       1234 Market Street - Suite 1813
       Philadelphia, PA 19107