United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                              Case No. 22-10857-mdc
Colin A. Bollers                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 3
Date Rcvd: Feb 02, 2023        Form ID: pdf900        Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colin A. Bollers, 120 W. Sharpnack Street, Philadelphia, PA 19119-4033 |
| 14681325 | + | CARRIE A. GERDING,ESQUIRE, 140 CORPORATE BOULEVARD, NORFOLK, VA 23502-4952 |
| 14681328 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14686202 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14681338 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14681340 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14681341 | + | Phelan, Halinan, Diamond & Jones, Suite 1400, 1617 JFK Boulevard, Philadelphia, PA 19103-1814 |
| 14681342 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14681344 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14683125 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14681348 | + | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14681324 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 02 2023 23:49:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14681326 | + | Email/Text: amanda@cascollects.com | Feb 02 2023 23:49:00 | CCS, Attn: Bankruptcy, PO Box 150, West Berlin, NJ 08091-0150 |
| 14698575 | | Email/Text: megan.harper@phila.gov | Feb 02 2023 23:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14681329 | | Email/Text: megan.harper@phila.gov | Feb 02 2023 23:49:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14681330 | | Email/Text: megan.harper@phila.gov | Feb 02 2023 23:49:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14681331 | + | Email/Text: bankruptcy@philapark.org | Feb 02 2023 23:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14681332 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2023 23:54:49 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14681333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2023 23:54:50 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14681334 | ^ | MEBN | Feb 02 2023 23:47:40 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14681335 | ^ | MEBN | Feb 02 2023 23:47:42 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14681336 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 02 2023 23:49:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14681327 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 02 2023 23:54:48 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14689176 | ^ MEBN | Feb 02 2023 23:47:50 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14681337 | Email/Text: camanagement@mtb.com | Feb 02 2023 23:49:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14681345 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2023 23:54:43 | Portfolio Recovery, 120 Corporate Blvd. Suite 1, Norfolk VA 23502-4962 |
| 14697904 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2023 23:54:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14681339 | Email/Text: bankruptcygroup@peco-energy.com | Feb 02 2023 23:49:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14681343 | + Email/Text: bankruptcy@philapark.org | Feb 02 2023 23:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14681346 | Email/Text: DASPUBREC@transunion.com | Feb 02 2023 23:49:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14681347 | + Email/Text: EBankruptcy@UCFS.NET | Feb 02 2023 23:49:00 | United Consumer Financial Services, Attn: Bankruptcy, PO Box 856290, Louisville, KY 40285-6290 |
| 14695408 | + Email/PDF: ebn_ais@aisinfo.com | Feb 02 2023 23:54:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 02, 2023 | Form ID: pdf900 | Total Noticed: 32 |

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Colin A. Bollers mail@cibiklaw.com cibiklawpc@jubileebk.net

MICHAEL I. ASSAD
    on behalf of Debtor Colin A. Bollers mail@cibiklaw.com cibiklawpc@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                    :
                                                                          Bankruptcy No. 22-10857-mdc
Colin A. Bollers:
            Debtor                                                        Chapter 13

## ORDER

AND NOW, this 2nd day of February 2023, after a hearing on Debtor's motion to grant a reinstatement of his case.

ORDERED that the motion is DENIED for reasons stated on the record.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

Cc:   Colin A. Bollers
      120 W. Sharpnack Street
      Philadelphia, PA 19119

      MICHAEL I. ASSAD
      1500 Walnut St
      Ste 900
      Philadelphia, PA 19102

      KENNETH E. WEST
      Office of the Chapter 13 Standing Trustee
      1234 Market Street - Suite 1813
      Philadelphia, PA 19107